NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 08a0474n.06
Filed: August 7, 2008

No. 07-6254

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| ROBERT CRAIL, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| BEST BUY, CO., INC., | ) | EASTERN DISTRICT OF KENTUCKY |
| | ) | |
| Defendant-Apellee. | ) | |
| | ) | |

Before: KENNEDY, GILMAN, and GIBBONS, Circuit Judges.

**JULIA SMITH GIBBONS, Circuit Judge.** Plaintiff-Appellee Robert Crail appeals the decision of the district court to grant the motion to dismiss filed by Defendant-Appeellee, Best Buy, Co., Inc. ("Best Buy"). After carefully reviewing the record, the applicable law, the parties' briefs, and having had the benefit of oral argument, we find that the district court's opinion carefully and correctly sets out the undisputed facts and the governing law. Because this court's issuance of a full opinion would serve no jurisprudential purpose and would be duplicative, we affirm on the basis of the district court's well-reasoned order of September 17, 2007, granting Best Buy's motion to dismiss.